IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TUE HUYNH,

    Plaintiff,

vs.

LIEUTENANT J. IPPOLITE,

    Defendant.

No. C 11-06409 YGR (PR)

**ORDER ADDRESSING PLAINTIFF'S MARCH 12, 2012 REQUEST FOR EXTENSION OF TIME**

Plaintiff filed this *pro se* civil rights action under 42 U.S.C. § 1983.

On March 12, 2012, Plaintiff filed a document entitled, "Motion to Extend Time" (docket no. 15). In this document, Plaintiff expresses concern that he has failed to comply with deadlines established in the Court's January 18, 2012 Reassignment Order, which the Court stated that, "[a]ll pretrial conference and trial dates currently set EARLIER than **March 19, 2012** are VACATED" and that "[a]ll trial dates currently set ON OR AFTER **March 19, 2012** shall be maintained." (Jan. 18, 2012 Order at 1.)

Because Plaintiff did not have pretrial conference dates or trial dates set in his case, he was not required to do or submit anything in connection with this deadline.

He does not need, nor can the Court grant, an extension of time relating to a deadline which does not apply to his case. Accordingly, the request for an extension of time is DENIED.

This Order terminates Docket no. 15.

IT IS SO ORDERED.

DATED: May 18, 2012

                                       **YVONNE GONZALEZ ROGERS**
                                       **UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.11\Huynh6409.resolveEOT.frm