UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TUE HUYNH, | No. 3:11-CV-06409 JST (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| J. IPPOLITO, | |
| Defendant. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of TUE HUYNH, inmate no. T93768, presently in custody at California State Prison, Los Angeles County, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: July 3, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden J. Soto, California State Prison, Los Angeles County

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of TUE HUYNH, inmate no. T93768, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 9:00 am on August 15, 2013, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Huynh v. Ippolito, and at the termination of said

hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated:  July 3, 2013

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
     Administrative Law Clerk

Dated:  July 3, 2013



_____
NANDOR J. VADAS
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TUE HUYNH, | No. 3:11-CV-06409 JST (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| J. IPPOLITO, | |
| Defendant. | |

I, the undersigned, hereby certify that on July 3, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Tue Huynh
T93768
California State Prison
Los Angeles County
P.O. Box 8457
Lancaster, CA 93539-8457

Litigation Coordinator Nathan Wilcox
California State Prison - Los Angeles County
44750 60th Street West
Lancaster, CA  93536-7620

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas