UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUE HUYNH,<br><br>        Plaintiff,<br><br>   v.<br><br>J. IPPOLITO,<br><br>        Defendant. | Case No. 11-cv-06409-JST (NJV)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

    A settlement conference was held on August 15, 2013 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    (X) Plaintiff, Pro Se

    ( ) Warden or warden's representative

    (X) Office of the California Attorney General, Martine N. D'Agostino

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

1    ( X )  The parties are unable to reach an agreement at this time.

2    **IT IS SO ORDERED.**

3    Dated: 8/20/13

4    _____

5    NANDOR J. VADAS
     United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28